1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

**FILED**

**OCT 1 3 2006**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )
12              Plaintiff,             )
                                       )   CR. 1:06 CR 00336 OWW
13          v.                         )
                                       )   PROPOSED ORDER TO UNSEAL
14  ORLANDO CALDERON,                  )   INDICTMENT PURSUANT TO
                                       )   FEDERAL RULES OF CRIMINAL
15                                     )   PROCEDURE, RULE 6(e).
                Defendants.            )
16  _____)

17

18      The Indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e)

    of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it
19
    is hereby ORDERED this 13th day of October, 2006, that the Indictment be unsealed and made
20
    public record.
21
    Dated: October 13, 2006
22
                                              SANDRA M. SNYDER
                                              U.S. Magistrate Judge
23

24

25

26

27

28                                          1