DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ORLANDO CALDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-CR-336 OWW |
|---|---|---|
| Plaintiff, | ) | ***AMENDED** STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| ORLANDO CALDERON, | ) | |
| Defendant. | ) | Date : January 23, 2007<br>Time : 9:00 a.m.<br>Dept : **Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant **Orlando Calderon**, that the Status Conference hearing scheduled in this matter for December 12, 2006 may be continued to **January 23, 2007 at 9:00 a.m.**

The reason for the requested continuance is the defense is awaiting the receipt of additional discovery material from the government.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                                               McGREGOR W. SCOTT
                                                                               United States Attorney

DATED: December 6, 2006                    By  /s/ Marianne A. Pansa
                                                                             MARIANNE A. PANSA
                                                                             Assistant U.S. Attorney
                                                                             Attorney for Plaintiff

                                                                             DANIEL J. BRODERICK
                                                                             Federal Defender

DATED: December 6, 2006                    By  /s/ Eric V. Kersten
                                                                              ERIC V. KERSTEN
                                                                             Assistant Federal Defender
                                                                             Attorney for Defendant

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

     IT IS SO ORDERED.

**Dated:   December 6, 2006**                       **/s/ Oliver W. Wanger**
emm0d6                                                  UNITED STATES DISTRICT JUDGE