| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | ORLANDO CALDERON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-CR-336 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING AND ORDER |
| v. | ) | THEREON |
| | ) | |
| ORLANDO CALDERON, | ) | Date   : February 27, 2007 |
| | ) | Time  : 9:00 a.m. |
| Defendant. | ) | Dept  : Hon. Oliver w. Wanger |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Orlando Calderon, that the status conference in this matter may be continued to February 27, 2007 at 9:00 a.m.. **The date currently set for status conference is January 23, 2007.  The requested new date is February 27, 2007.**

Additional time is requested to allow for the drafting of a proposed plea agreement and the review said proposal with Mr. Calderon.  Time is also needed to review additional discovery material prior to making a final decision on the proposal.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: January 18, 2007                By  /s/ Marianne A. Pansa
                                                MARIANNE A. PANSA
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 18, 2007                By  /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Orlando Calderon


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 18, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE