```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARIANNE A. PANSA
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Room 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6            IN THE UNITED STATES DISTRICT COURT FOR THE
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,    )  Case No. 1:06-cr-00336 LJO
 9                               )
              Plaintiff,         )  STIPULATION TO CONTINUE DATE FOR
10                               )  HEARING ON DEFENDANTS' MOTIONS
         v.                      )  AND PROPOSED ORDER
11                               )
    ORLANDO CALDERON,            )  DATE: March 30, 2007
12                               )  TIME: 9:00 a.m.
              Defendant.         )  PLACE: Courtroom 4
13  _____)  Honorable Lawrence J. O'Neill
14
15       IT IS HEREBY STIPULATED by and between the parties hereto and
16  through their attorneys of record that the status conference
17  presently scheduled before the Honorable Lawrence J. O'Neill for
18  March 2, 2007 at 9:00 a.m. be continued to March 30, 2007, at 9:00
19  a.m.
20       The defendant agrees that time will be excluded through
21  and including March 30, 2007 in the  interests of justice
22  pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC §
23  3161(h)(8)(B)(iv).
24  ///
25  ///
26  ///
27  ///
28  ///
                                   1
```

IT IS SO STIPULATED.

Dated: February 27, 2007          McGREGOR W. SCOTT
                                  United States Attorney

                             By: /s/ Marianne A. Pansa
                                  MARIANNE A. PANSA
                                  Assistant U.S. Attorney


Dated: February 27, 2007          /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Attorney for Defendant
                                  ORLANDO CALDERON


The Court has received and reviewed the above stipulation to continue the status conference. The stipulation does not provide the Court with sufficient information for the Court to find good cause under either of the statutes cited. The motion is DENIED.

IT IS SO ORDERED.

**Dated:   February 27, 2007**          **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES DISTRICT JUDGE