1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ORLANDO CALDERON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 1:06-cr-336 LJO
                                       )
12              Plaintiff,             )   STIPULATION TO EXONERATE PROPERTY
                                       )   BOND AND ORDER THEREON
13         v.                          )
                                       )
14  ORLANDO CALDERON,                  )   Dept:  Hon. Lawrence J. O'Neill
                                       )
15              Defendant.             )
    _____ )
16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18  SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

19  KERSTEN, Assistant Federal Defender, counsel for defendant Orlando Calderon, that the property bond

20  posted for the pre-trial release of defendant be exonerated.  The property is described as follows:

21            1401 Watts Avenue
              Modesto, California 95358
22            Recorder Number 2006-0167966-00

23        Mr. Calderon entered a plea agreement in this matter on April 13, 2007.  He was remanded into

24  custody on that date as a condition of the agreement.  Mr. Calderon complied with all conditions of his

25  ///

26  ///

27  ///

28  ///

1  pre-trial release.

2

3  DATED: April 26, 2007                    McGREGOR W. SCOTT
                                            United States Attorney
4

5                                           /s/Sherrill A. Carvalho
                                            SHERRILL A. CARVALHO
6                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff
7

8

9  DATED: April 26, 2007                    DANIEL J. BRODERICK
                                            Federal Public Defender
10

11                                          /s/Eric V. Kersten
                                            Eric V. Kersten
12                                          Assistant Federal Defender
                                            Attorney for Defendant
13                                          Orlando Calderon

14

15                              **O R D E R**

16      **IT IS SO ORDERED.** The full equity property bond ($124,438) posted by Orlando Calderon and

17  Jacinta Calderon in case No. 1:06-CR-00336 LJO is hereby exonerated.  The Clerk's office is directed to

18  reconvey title to Orlando Calderon and Jacinta Calderon.

19

20  IT IS SO ORDERED.

21  **Dated:    April 26, 2007**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Exonerate Property Bond              2